**Arnold DE ARMOND, Plaintiff— Appellant,**

v.

**CHESAPEAKE CITY JAIL; Captain Evans, Jail Commander; Wexford Medical Services, Inc.; Ms. Castro, Medical Administrator; Jane Doe, R.N., Director of Nurses; Ms. Schultz, R.N., Director of Nurses; Elizabeth Skeeter, LPN, Nurse Supervisor; Ms. Williams, LPN; Ms. Lanier, LPN; Intake Nurse Jane Doe, LPN; Jane Doe, # 2, LPN; Captain Shipley, Jail Commander, Defendants—Appellees.**

**No. 08–8189.**

United States Court of Appeals, Fourth Circuit.

Submitted: May 28, 2009.

Decided: June 3, 2009.

Arnold De Armond, Appellant Pro Se.

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Arnold De Armond appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See De Armond v. Chesapeake City Jail,* No. 2:08–cv–00424–RBS–JEB (E.D. Va. filed Sept. 9, 2008 & entered Sept. 10, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*